# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

Andrew Fitzgerald, *individually, and on behalf of all others similarly situated*,

Plaintiffs,

v.

Jeff Anderson & Associates, PA,

Defendant.

Case No: 26-cv-01486 (JMB/DJF)

**NOTICE OF HEARING**

---

PLEASE TAKE NOTICE that Defendant Jeff Anderson & Associates, PA's motion to dismiss will be heard before the Honorable Jeffrey M. Bryan on June 2, 2026, at 10:00 a.m. in Courtroom 3B of the Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, MN 55101.

Respectfully Submitted,

**CIRESI CONLIN LLP**

Dated: March 13, 2026     By:   *s/Gus Cochran*
                                Barry M. Landy (#391307)
                                Patrick "Gus" Cochran (#401191)
                                225 South Sixth Street
                                Suite 4000
                                Minneapolis, MN 55402
                                Phone: (612) 361-8200

                                bml@ciresiconlin.com
                                pac@ciresiconlin.com

                                *Attorneys for Defendant*
                                *Jeff Anderson & Associates, PA*