# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Andrew Fitzgerald, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Jeff Anderson & Associates, PA,<br><br>Defendant. | Case No: 26-cv-01486 (JMB/DJF)<br><br><br>**DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(6)** |

---

Defendant Jeff Anderson & Associates, PA hereby moves the Court for an order dismissing Plaintiff's First Amended Complaint [ECF No. 5] in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The motion is based upon all pleadings herein, the supporting memorandum and declarations, and the argument of counsel.

Respectfully Submitted,

**CIRESI CONLIN LLP**

Dated:  April 14, 2026     By:  *s/Gus Cochran*
Barry M. Landy (#391307)
Patrick "Gus" Cochran (#401191)
225 South Sixth Street
Suite 4000
Minneapolis, MN 55402
Phone: (612) 361-8200
bml@ciresiconlin.com
pac@ciresiconlin.com

*Attorneys for Defendant*
*Jeff Anderson & Associates, PA*