# UNITED STATES DISTRICT COURT

## District of Minnesota

Andrew Fitzgerald, individually and on behalf of all others similarly situated

Plaintiff

v.

Jeff Anderson & Associates, PA,

Defendants

## JUDGMENT IN A CIVIL CASE

Case Number: **26-cv-1486 JMB/DJF**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendant's Motion to Dismiss (Doc. No. 17) is GRANTED WITHOUT PREJUDICE.

Date: 8/4/2026

KATE M. FOGARTY, CLERK